UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 09-21538-CIV-HUCK/O'SULLIVAN

GLENN J. WEBBER, P.A.,

    Plaintiff,
vs.

ESQUIRE DEPOSITION SERVICES, LLC,

    Defendant.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION AND**
**DENYING DEFENDANT'S MOTION FOR ATTORNEYS' FEES AND COSTS**

    This matter is before the Court on Magistrate Judge John J. O'Sullivan's Report and Recommendation (D.E. #106) regarding the Defendant's Motion for Attorneys' Fees and Costs (D.E. #69). Judge O'Sullivan recommends that the Court deny the Defendant's motion. The Court has independently reviewed the Report and Recommendation, Motion, and record. After that review, and having received no objections to Judge O'Sullivan's Report and Recommendation, the Court concludes that the Report and Recommendation is affirmed and hereby adopted as the Court's order. Accordingly, the Defendant's Motion for Attorneys' Fees and Costs is denied.

    DONE and ORDERED in Chambers, Miami, Florida, June 22, 2010.

_____
Paul C. Huck
United States District Judge

**Copies furnished to:**
All counsel of record.